1050

[No. 73278-1-I. Division One. July 13, 2015.]

*In the Matter of the Personal Restraint of* MICHAEL JAMES MORRIS, *Petitioner.*

 *Denied* by unpublished opinion per Cox, J., concurred in by Schindler and Leach, JJ. Now published at 189 Wn. App. 484.

[No. 45512-9-II. Division Two. July 14, 2015.]

*In the Matter of the Detention of* MICHAEL SEASE.

 *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Sutton, J. Now published at 190 Wn. App. 29.

[No. 45533-1-II. Division Two. July 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA EULICE PETTIS, *Appellant.*

 *Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Lee, J.

[Nos. 45656-7-II; 45723-7-II. Division Two. July 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NELSON GEOVANY HERNANDEZ, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. JASON ANTHONY DELACRUZ, *Appellant.*

 *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.